473 A.2d 685

Handler, Appellants, v. Martin.

Argued December 7, 1983.
William W. Boyd, for appellants; David Lee Williams, for Martin, appellees; Caroline M. Hoffer, for Holder, etc., appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.

473 A.2d 685

Hepburn v. Billings.

Appeal of Horace P. Billings, Jr.

Argued January 11, 1984. H.P. Billings, appellant, in propria persona; Richard D. Malmed, for appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Appeal quashed. Jurisdiction relinquished.